JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA RODRIGUEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>EDMUND D. EDELMAN, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:21-cv-01440-FLA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 22, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge